IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO RAMOS-CRUZ, **Petitioner,** v. LORRAINE MARTÍNEZ-ADORNO, *et als.*, **Respondents.** | **Civil No.** 20-1589 (FAB) |

**ORDER**

Because respondents indicated at the show cause hearing held on August 25, 2023, that the transcripts of the state trial and the Rule 192.1 hearing would be filed in three or four months, or in 90 to 120 days, from the date the contracted interpreter begins to work on the translations (a date which the Court has yet to know), this motion to strike is **held in abeyance until January 16, 2024.** (See Minutes of the hearing filed at docket number 148, and the transcript of the hearing filed at docket number 153, pp. 4, 10.)

Respondents have filed certified translations of the Rule 192.1 Hearing. See motion filed at docket number 166. The certified translations of the 1992 jury trial, however, have yet to be filed. Respondents are warned that if the translations of

Civil No. 20-1589 (FAB)                                                     2

the 1992 jury trial are not filed by January 16, 2024, the Court may strike their answer and enter default against them.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 25, 2023.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE
