# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ANTONIO RAMOS-CRUZ,

    **Petitioner,**

        **v.**              **Civil No.** 20-1589 (FAB)

DOMINGO EMANUELLI-HERNÁNDEZ, *et al.*,

    **Respondents.**

## AMENDED JUDGMENT

In accordance with the Amended Opinion and Order entered today (Docket No. 231), Antonio Ramos-Cruz's second amended petition for *habeas corpus* relief is **GRANTED**. The Commonwealth of Puerto Rico is directed to retry Antonio Ramos-Cruz within sixty days or to release him from custody.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 30, 2024.

                                              s/ Francisco A. Besosa
                                              FRANCISCO A. BESOSA
                                              SENIOR UNITED STATES DISTRICT JUDGE