IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANTONIO RAMOS CRUZ<br><br>Petitioner<br><br>v.<br><br>LORRAINE MARTÍNEZ ADORNO, et al.<br><br>Respondents | Civil No. 20-1589 (FAB) |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

**COMES NOW** the Department of Justice of the Commonwealth of Puerto Rico ("DOJ"), through the undersigned attorney, on behalf of Respondents Hon. Domingo Emanuelli Hernández and Lorraine Martínez Adorno, in their official capacities, and very respectfully STATES and PRAYS as follows:

Respondents hereby appeal to the United States Court of Appeals for the First Circuit from the District Court's: (1) Opinion and Order dated September 13, 2022, denying Respondents' Motion to Dismiss, **(Docket No. 61)**; (2) Order dated October 12, 2022, denying Respondents' Motion for Reconsideration, **(Docket No. 68)**; (3) Amended Opinion and Order and Amended Judgment dated September 30, 2024, granting Habeas relief and ordering Respondents to try Petitioner within sixty (60) days or release him from custody **(Docket Nos. 231 and 232)**.

**WHEREFORE,** Respondents respectfully request that this Court take notice of the above Notice of Appeal.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 21st day of October 2024.

**DOMINGO EMANUELLI-HERNÁNDEZ**
Secretary of Justice

**SUSANA I. PEÑAGARÍCANO-BROWN**
Deputy Secretary in Charge of Litigation

**JUAN C. RAMIREZ ORTIZ**
Deputy Undersecretary in Charge of Litigation

*S/ Idza Diaz Rivera*
**IDZA DIAZ RIVERA**
USDC No. 223404
Department of Justice of Puerto Rico
Federal Litigation Division
PO Box 9020192
San Juan Puerto Rico, 00902-0192
Tel. (787) 721-2900, ext. 1421
Email: idiaz@justicia.pr.gov